# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| GARRY BROWN and JOHN HAWKINGBERRY, | )<br>)<br>) |
| Plaintiffs, | ) Case No. _____ <br>) |
| v. | ) Judge _____ <br>) Magistrate Judge _____ |
| KNOXVILLE HMA HOLDINGS, LLC D/B/A TENNOVA HEALTHCARE, CLARKSVILLE HEALTH SYSTEM, G.P., and PROFESSIONAL ACCOUNT SERVICES, INC., | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Defendants Knoxville HMA Holdings, LLC d/b/a Tennova Healthcare, Clarksville Health System, G.P. d/b/a Tennova Healthcare – Clarksville, and Professional Account Services, Inc., pursuant to 28 U.S.C. §§ 1331, 1367, and 1441, notify this Honorable Court that this civil action is removed from the Chancery Court for Montgomery County, Tennessee to the United States District Court for the Middle District of Tennessee, and in support of this notice state:

1. Plaintiffs Garry Brown and John Hawkingberry filed this lawsuit against Defendants on August 15, 2018 in the Chancery Court for Montgomery County, Tennessee. The Complaint is attached as **Exhibit A**. Defendants were served on August 15, 2018. Copies of the executed summonses are attached as **Exhibit B**.

2. No other filings have been made by any of the parties.

3. Plaintiffs have brought a number of claims against Defendants, including, but not limited to, claims for alleged violations of the Racketeer Influenced and Corrupt Organizations

Act pursuant to 18 U.S.C. § 1961, *et seq.* and the Fair Debt Collection Practices Act pursuant to 15 U.S.C. § 1692, *et seq.* (*See* Ex. A, ¶¶ 87-108).

4. As such, this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331, because these claims arise under federal law. This Court has supplemental jurisdiction over the additional claims pursuant to 28 U.S.C. § 1367. This case is subject to removal pursuant to 28 U.S.C. § 1441(c) and venue is proper in this Court pursuant to 28 U.S.C. § 1441(a).

5. This notice of removal is filed by Defendants within thirty days of notice of the pleading establishing removable claims against them.

WHEREFORE, Defendants notify this Honorable Court that this cause is removed from the Chancery Court for Montgomery County, Tennessee, to the United States District Court for the Middle District of Tennessee, pursuant to the provisions of 28 U.S.C. §§ 1331, 1367, and 1441.

Respectfully submitted,

s/John R. Jacobson
John R. Jacobson, BPR #14365
William M. Outhier, BPR #15609
Stuart A. Burkhalter, BPR #29078
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
jjacobson@rwjplc.com
wouthier@rwjplc.com
sburkhalter@rwjplc.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served on the following via the Court's ECF filing system:

Benjamin A. Gastel
J. Gerard Stranch, IV
Branstetter, Stranch & Jennings, PLLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
beng@bsjfirm.com
gerards@bsjfirm.com

this 13th day of September, 2018.

                                          s/John R. Jacobson