IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GARRY BROWN and JOHN HAWKINGBERRY, | ) ) ) |
| Plaintiffs, | ) NO. 3:18-cv-00861 |
| | ) JUDGE RICHARDSON |
| v. | ) |
| | ) |
| KNOXVILLE HMA HOLDINGS, LLC D/B/A TENNOVA HEALTHCARE, CLARKSVILLE HEALTH SYSTEM, G.P., and PROFESSIONAL ACCOUNT SERVICES, INC., | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is Defendants' Motion to Dismiss. (Doc. No. 18). For reasons stated in the accompanying Memorandum Opinion, Defendants' Motion to Dismiss is **GRANTED**. Plaintiffs' federal claims, a civil RICO claim (Count VII) and a claim under the FDCPA (Count VIII), are **DISMISSED with prejudice**. The Court, in its discretion declines to exercise jurisdiction over Plaintiffs' state law claims (Counts I-VI), pursuant to 28 U.S.C. § 1367(c)(3), and Plaintiffs' state law claims are **DISMISSED without prejudice**, so that Plaintiffs may seek to file them in a Tennessee state court. This Order shall constitute the final judgment in this case under Fed. R. Civ. P. 58.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE