## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

Garry Brown, et al.

                                    Plaintiff,

v.                                                    Case No.: 3:18−cv−00861

Knoxville HMA Holdings, LLC, et al.

                                    Defendant,

## <u>ENTRY OF JUDGMENT</u>

        Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/20/2020 re [31].

                                                    Kirk L. Davies
                                                    s/ Vanessa Haines, Deputy Clerk